CLARENCE H. FAY et al., as Substituted Trustees under the Will of JOHN CROMWELL, Deceased, Appellants, *v.* ANNE F. MOEHLENPAH et al., Respondents, Impleaded with Others, Defendants.

(Argued October 17, 1932; decided November 22, 1932.)

*E. Crosby Kindleberger* and *Maxwell Rubin* for appellants.

*Winfred C. Allen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.